JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-1951 GAF (CWx) | Date | February 14, 2011 |
|---|---|---|---|
| Title | Kristina Lacap v. Ocwen Loan Servicing LLC et al | | |

| Present: The Honorable | GARY ALLEN FEESS | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER REMANDING CASE

On October 28, 2010, Plaintiff Kristina Lacap ("Plaintiff") brought this suit in San Bernardino County Superior Court against Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Deutsche Bank National Trust Company, and Does 1-100 (collectively, "Defendants"). (Not. of Removal, Ex. 1 [Compl.].) On December 16, 2010, Ocwen removed this action to this Court under 28 U.S.C. § 1441(a) on the ground that Plaintiff purportedly asserts a claim arising under federal law. (Not. ¶ 7.) On January 21, 2011, this Court issued an Order to Show Cause ordering Ocwen to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. (Docket No. 8, 1/21/11 Order.) The Court's order directed Ocwen to file its response by no later than February 4, 2011, and advised that a failure to file a timely response would be deemed consent to an order remanding the case to state court. (Id. at 2.)

To date, Ocwen has not filed a response to the Court's Order to Show Cause. The Court therefore **REMANDS** this case to state court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**